UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ESTERO DEVELOPMENT PARTNERS, LP

VERSUS

HARVEY HONORE CONSTRUCTION
COMPANY, LLC, ET AL.

CIVIL ACTION

18-1082-SDD-RLB

### RULING

The Court has carefully considered the *Motion*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 8, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion*[4] is hereby GRANTED and the Clerk's Office is instructed to enter [Rec. Doc. 47-3] *Plaintiffs' Amended Complaint* into the record.

**IT IS FURTHER ORDERED** that subsequent to the entry of the *Third Amended Complaint* into the record, which will destroy diversity jurisdiction in this action, the action is to be DISMISSED WITHOUT PREJUDICE, pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure.

Signed in Baton Rouge, Louisiana on December 17, 2019.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 47.
[2] Rec. Doc. 64.
[3] Rec. Doc. 65.
[4] Rec. Doc. 47.